Robert L. Jackson, Esq. (SBN 101770)
KELLY JACKSON & CHRISTIANSON, LLP
90 South E Street, Suite 300
Santa Rosa, California 95404
(707) 578-7160
(707) 578-7469/Facsimile

Attorneys for Defendant
Laura Edna Yamasaki

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Chapter 7 Case No. 10-11865 |
| LAURA EDNA YAMASAKI | |
| Debtor | |
| _____/ | |
| GARRETH SLEVIN and GINA OLIVEIRA, | Adversary Proceeding No. 10-01110 |
| Plaintiffs, | STIPULATION OF DISMISSAL |
| v. | Date:<br>Time: |
| LAURA EDNA YAMASAKI, | Dept: |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

////

////

Page 1

AP Case No. 10-01110  Stipulation of Dismissal
Case: 10-01110   Doc# 10   Filed: 07/22/11   Entered: 07/22/11 14:28:05   Page 1 of 3

Dated: 06-06, 2011

LAW OFFICES OF DAVID P. GARDNER

/s/
Garreth Slevin

/s/
David P. Gardner
Attorney for Plaintiffs
Garreth Slevin and Gina Oliveira

/s/
Gina Oliveira

Dated: 7/8/11, 2011

KELLY JACKSON & CHRISTIANSON, LLP

/s/
Laura Yamasaki

By /s/
Robert L. Jackson
Attorneys for Defendant
Laura Edna Yamasaki

KELLY JACKSON &
CHRISTIANSON, LLP

Page 2

AP Case No. 10-01110  Stipulation of Dismissal
Case: 10-01110   Doc# 10   Filed: 07/22/11   Entered: 07/22/11 14:28:05   Page 2 of 3

AP Case No. 10-01110                     U.S. Bankruptcy Court - Northern District

PROOF OF SERVICE BY MAIL
[FRCivP 5(b)]

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 90 South E Street, Suite 300, Santa Rosa, California 95404. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, such correspondence would be deposited with the United States Postal Service that same day in the ordinary court of business.

On the date of execution of this declaration, I served the attached:

STIPULATION OF DISMISSAL

on the interested parties in said cause, addressed as follows:

| David P. Gardner | Attorney for Plaintiffs Garreth Slevin and Gina Oliveira |
| Law Offices of David P. Gardner | |
| 755 Baywood Drive, 2nd Floor | (707) 658-4460 |
| Petaluma, CA 94954-5510 | (707) 658-4401 Fax |

  X  (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office outgoing mail following ordinary business practices.

___ (BY OVERNIGHT DELIVERY) I placed each such document in an envelope or package designated by the express service carrier with delivery fees fully paid, on the date of execution of this declaration to the address above.

___ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated above.

___ (By ELECTRONIC TRANSMISSION) I caused each such document to be transmitted electronically to the email address indicated above. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on July 22, 2011, at Santa Rosa, California.

/s/
Linda Moldrem

KELLY JACKSON & CHRISTIANSON, LLP

Page 3